LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
Email: lleone@leonealberts.com
       cleed@leonealberts.com
       sgordon@leonealberts.com

Attorneys for Defendant
OFFICER EUGENE LEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALEXIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OFFICER EUGENE LEW<br><br>　　　　Defendant. | **Case No.:   3:16-cv-00905-WHA**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE ONE-HOUR DEPOSITION DEADLINE FOR 30 DAYS**<br><br>**Judge:       Hon. William Alsup** |

　　　Pursuant to Civil Local Rule 7-12, Plaintiff Eric Alexis and Defendant Officer Eugene Lew (the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

　　　WHEREAS, on June 13, 2016, the Court ordered Plaintiff and Defendant each to sit for a one-hour deposition on or before June 30, 2016, with June 27, 2016 being the default date. (Dkt. No. 29.)

　　　WHEREAS, pursuant to the Court's Case Management Order, one-hour depositions of the parties were scheduled to take place on June 27, 2016 at 9:00 a.m. at defense counsel's office in Walnut Creek, California.

1  WHEREAS, on the evening prior to the depositions, defense counsel was
2 informed that Plaintiff would be dismissing the case with prejudice and that the
3 depositions should be cancelled. Based upon the representation that the case was
4 going to be dismissed, the depositions were cancelled.
5  WHEREAS, on the afternoon of June 27, 2016, defense counsel was informed
6 that Plaintiff would not be dismissing this case and that he would be requesting
7 substitution of counsel.
8  WHEREAS, given the unusual situation the parties find themselves in, the parties
9 agree that the deadline to complete the one-hour depositions should be continued for
10 30 days.
11  WHEREAS, a 30-day extension of the one-hour depositions will allow Plaintiff to
12 submit a request for substitution of counsel, retain new counsel, and will not require the
13 extension of any other deadline in this matter.
14  Based on the foregoing, THE PARTIES, BY AND THROUGH THEIR
15 ATTORNEYS OF RECORD, HEREBY STIPULATE to the 30-day extension of the
16 Parties' one-hour depositions. The one-hour depositions shall occur on or before **July**
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

STIPULATION AND [PROPOSED] ORDER CONTINUING THE ONE-HOUR DEPOSITION DEADLINE FOR 30 DAYS   3:16-cv-00905-WHA

2

**29, 2016**. Plaintiff shall contact defense counsel on or before July 15, 2016 to schedule the one-hour depositions.

All other deadlines set by the Court shall remain the same.

**IT IS SO STIPULATED.**

Dated:  June 28, 2016          **LEONE & ALBERTS**

By:_____/s/, *Seth Gordon*_____
SETH L. GORDON, ESQ.
Attorney for Defendant OFFICER EUGENE LEW

Dated:  June 28, 2016          **LAW OFFICES OF STEVEN YOURKE**

By:_____/s/, *Steven Yourke*_____
STEVEN YOURKE, ESQ.
Attorney for Plaintiff ERIC ALEXIS

### [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, it is hereby ordered as follows:

1. Without prejudice to further deposition, a one-hour deposition shall be taken of each party on or before July 29, 2016.

2. Plaintiff, or his legal representative, shall contact counsel for Defendant on or before July 15, 2016 to schedule the one-hour depositions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 28, 2016.

_____
HON. WILLIAM ALSUP
United States District Court Judge