IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC ALEXIS,

    Plaintiff,

  v.

OFFICER EUGENE LEW,

    Defendant.

No. C 16-00905 WHA

**ORDER RELIEVING STEVEN R. YOURKE AS PLAINTIFF'S ATTORNEY OF RECORD**

    Attorney Steven R. Yourke seeks to be relieved from serving as attorney of record for plaintiff Eric Alexis. Attorney Yourke avers that Alexis verbally discharged him as his attorney and intended to get a new lawyer. Upon Alexis's demand, Attorney Yourke sent his case file to Alexis and sent a substitution of counsel form requesting his signature, but Alexis has not responded. Yourke avers there has been a complete breakdown of the attorney-client relationship and that ethical considerations require his withdrawal. Yourke requests a sixty-day stay of all proceedings so that Alexis can retain new counsel.

    Attorney Yourke's motion is hereby **GRANTED**. All proceedings, including the depositions scheduled for next week, shall be **STAYED** for **FIFTY-SIX DAYS**, allowing Alexis time to seek new counsel. The parties shall file a joint status report by **SEPTEMBER 23 AT NOON**.

    **IT IS SO ORDERED.**

Dated: July 21, 2016.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE