IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC ALEXIS,

    Plaintiff,

v.

EUGENE LEW,

    Defendant.

No. C 16-00905 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action for lack of prosecution, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Eugene Lew and against plaintiff Eric Alexis. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE